IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MAXIMINO GARCIA** **PLAINTIFF**

**V.** **CAUSE NO. 3:12-CV-597-CWR-FKB**

**TYSON FOODS, INC.** **DEFENDANT**

## FINAL JUDGMENT

Having entered an Order granting the defendant's motion for summary judgment, Docket No. 50, the Court finds that this case should be closed and that judgment should be entered in favor of defendant Tyson Foods against plaintiff Maximino Garcia. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Tyson Foods against plaintiff Maximino Garcia, and that this cause is dismissed with prejudice.

**SO ORDERED**, this the 8th day of September, 2014.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE